TORKILDSON KATZ
HETHERINGTON HARRIS & KNOREK
Attorneys at Law, A Law Corporation

JOHN L. KNOREK         2968
(jlk@torkildson.com)
JENNIFER L. GITTER     10503
(jlg@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
ALOHA PETROLEUM, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH I. KEHANO, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ALOHA PETROLEUM, LTD., JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>  Defendants. | CIVIL NO. 20-00486 LEK-WRP<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER<br><br><br>Trial Date:  March 21, 2022 |

2903505v1

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

IT IS HEREBY JOINTLY STIPULATED AND AGREED by and between Plaintiff RALPH I. KEHANO, JR. ("Plaintiff") and Defendant ALOHA PETROLEUM, LTD. ("Defendant") (collectively, the "Parties"), by and through their legal counsel, under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all Plaintiff's claims against Defendant in the above-referenced civil action, and all the claims which have been or could have been raised therein, be and hereby are dismissed with prejudice.  There are no remaining claims, parties, or issues in this action.  Each party will bear its own costs, attorneys' fees, and interest.  All appearing parties in this action have signed this Joint Stipulation through their respective undersigned counsel.

WHEREFORE, the Parties respectfully request this Court enter an Order dismissing this case with prejudice and without the payment of costs, interest or attorneys' fees by any Party.

*Ralph I. Kehano, Jr. v. Aloha Petroleum, Ltd.*; Civil No. 20-00486 LEK-WRP;
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES.**

2903505v1     -2-

DATED:  Honolulu, Hawaiʻi, December 3, 2021.

**STIPULATED AND AGREED:**

*/s/ Michael P. Healy*
CHARLES H. BROWER
MICHAEL P. HEALY

Attorneys for Plaintiff
RALPH I. KEHANO, JR.


TORKILDSON, KATZ,
HETHERINGTON, HARRIS & KNOREK,
Attorneys at Law, A Law Corporation

*/s/ John L. Knorek*
JOHN L. KNOREK

Attorney for Defendant
ALOHA PETROLEUM, LTD.


APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge


*Ralph I. Kehano, Jr. v. Aloha Petroleum, Ltd.*; Civil No. 20-00486 LEK-WRP;
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES.**